# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| EVANGELINA MUNIZ SANCHEZ,<br><br>Petitioner,<br><br>v.<br><br>JANET NAPOLITANO, Secretary of the Department of Homeland Security, *et al.*,<br><br>Respondents. | NO. C09-1659-TSZ-BAT<br><br>**REPORT AND RECOMMENDATION** |

On November 19, 2009, petitioner Evangelina Muniz Garcia, proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging her detention by the U.S. Immigration and Customs Enforcement ("ICE") at the Northwest Detention Center in Tacoma, Washington. (Dkt. 1). On January 13, 2010, however, respondents filed a supplemental exhibit indicating that on January 31, 2009, petitioner was removed to Mexico afoot. (Dkt. No. 15, Ex. A.) Accordingly, petitioner is no longer detained by ICE.

For a federal court to have jurisdiction, "an actual controversy must exist at all stages of the litigation." *Biodiversity Legal Foundation v. Badgley*, 309 F.3d 1166, 1173 (9th Cir. 2002). "When a controversy no longer exists, the case is moot." *Id*. Because petitioner is no longer detained by ICE, the Court finds that petitioner's habeas petition should be dismissed as moot.

REPORT AND RECOMMENDATION - 1

*See, e.g., Cooney v. Edwards*, 971 F.2d 345, 346 (9th Cir. 1992) (holding that the District Court properly dismissed plaintiff's claims that had become either moot or unripe). Accordingly, I recommend that this action be dismissed. A proposed Order accompanies this Report and Recommendation.

DATED this 20th day of January, 2010.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2