**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| EVANGELINA MUNIZ SANCHEZ, | NO. C09-1659-TSZ |
| Petitioner, | |
| v. | **ORDER OF DISMISSAL** |
| JANET NAPOLITANO, Secretary of the Department of Homeland Security, *et al.*, | |
| Respondents. | |

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, respondents' Return and Status Report, respondents' supplement, the Report and Recommendation of the Hon. Brian A. Tsuchida, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

(1)     The Court adopts the Report and Recommendation, docket no. 18;

(2)     Petitioner's habeas petition (Dkt. No. 1) is DISMISSED as moot; and

(3)     The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 1st day of March, 2010.

Thomas S. Zilly
United States District Judge